

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL PEREZ, | | Case No. 2:25-cv-01587 FWS-ADS |
| | Petitioner, | |
| | v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| JOSHUA PRUDHEL, | | |
| | Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondent's Motion to Dismiss (Dkt. Nos. 7, 8), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 10), and all the records and files herein.  No opposition or objections have been filed, and the deadlines to do so have passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.  The Report and Recommendation is accepted (Dkt. No. 10);

2. The Motion to Dismiss is granted and this action is dismissed with prejudice;

3. The Certificate of Appealability is denied; and

4. Judgment is to be entered accordingly.

Dated:  March 19, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE