JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAMUEL PEREZ,

                                        Petitioner,

                    v.

JOSHUA PRUDHEL,

                                        Respondent.

Case No. 2:25-cv-01587 FWS-ADS

JUDGMENT

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the action dismissed with prejudice. accordingly.

Dated:  March 19, 2026

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE